**No. 55975.**—Sun Sun Company v. United States, protests 79864–K and 88528–K (Boston).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55976.**—Geo. S. Bush & Co., Inc., et al. v. United States, protests 159856–K, etc. (Seattle).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55977.**—N. Shure Company v. United States, protest 169720–K/3237 (Chicago).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55978.**—Belmont Smelting & Refining Works, Inc. v. United States, protest 160436–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of "ferrous or nonferrous materials or articles of which ferrous or nonferrous metal is the component material of chief value which are second-hand or waste or refuse or are obsolete, defective or damaged, and which are fit only to be remanufactured," the claim for free entry under paragraph 301, as amended, *supra*, was sustained.

**No. 55979.**—American Roland Corp. et al. v. United States, protests 149837–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55980.**—Young P. Lee et al. v. United States, protests 169471–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55981.**—Abraham & Straus, Inc., et al. v. United States, protests 169680–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.